IN THE COMMONWEALTH COURT OF PENNSYLVANIA

Lower Bucks County            :
Joint Municipal Authority,      :
            Appellant         :
                             :
          v.                  :      No. 619 C.D. 2019
                             :
Raymond W. Dukes          :
and Kathleen A. Dukes       :

**PER CURIAM**                  **O R D E R**

     NOW, June 26, 2020, having considered Appellant's application for reargument, the application is denied.